FILED

E-filing ~8 JUL 11 AM 10: 47

RICHARD W. WILKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

James Edward Lawson
                        Plaintiff,

vs.

Dan Foy
D smallen
M Goughnour
Eureka parole office
                        Defendant.

CV 08 3349
VRW

CASE NO. _____

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

(PR)

I, James Edward Lawson, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed?  Yes _____  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _CDCR / ADA / CCCMS_____

_____

1   If the answer is "no," state the date of last employment and the amount of the gross and net

2   salary and wages per month which you received.   (If you are imprisoned, specify the last

3   place of employment prior to imprisonment.)

4   _Fla in 1999 unknow_____

5   _____

6   _____

7   2.     Have you received, within the past twelve (12) months, any money from any of the

8   following sources:

9        a.      Business, Profession or          Yes ____ No ✓

10               self employment

11       b.      Income from stocks, bonds,        Yes ____ No ✓

12               or royalties?

13       c.      Rent payments?                    Yes ____ No ✓

14       d.      Pensions, annuities, or           Yes ____ No ✓

15               life insurance payments?

16       e.      Federal or State welfare payments, Yes ____ No ✓

17               Social Security or other govern-

18               ment source?

19   If the answer is "yes" to any of the above, describe each source of money and state the amount

20   received from each.

21   _____N/A_____

22   _____

23   3.     Are you married?                       Yes ____ No ✓

24   Spouse's Full Name: _____

25   Spouse's Place of Employment: _____N/A_____

26   Spouse's Monthly Salary, Wages or Income:

27   Gross $_____ Net $_____

28   4.     a.      List amount you contribute to your spouse's support:$ _____

1        b.     List the persons other than your spouse who are dependent upon you for

2                support and indicate how much you contribute toward their support.  (NOTE:

3                For minor children, list only their initials and ages.  DO NOT INCLUDE

4                THEIR NAMES.).

5    _____ N/A _____

6    _____

7    5.    Do you own or are you buying a home?      Yes ____ No ✓

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.    Do you own an automobile?           Yes ____ No ✓

10   Make _____ Year _____ Model _____

11   Is it financed? Yes _____ No _____ If so, Total due: $ _____

12   Monthly Payment: $ _____

13   7.    Do you have a bank account?  Yes ____ No ✓ (Do not include account numbers.)

14   Name(s) and address(es) of bank: _____

15   _____

16   Present balance(s): $ _____

17   Do you own any cash?  Yes ____ No ✓ Amount: $ _____

18   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19   market value.)  Yes ____ No ✓

20   _____

21   8.    What are your monthly expenses?

22   Rent: $ *homeless*_____ Utilities: _____

23   Food: $ _____ _____ Clothing: _____

24   Charge Accounts:

25   Name of Account      Monthly Payment      Total Owed on This Acct.

26   _____    $ N/A      $ _____

27   _____    $      $ _____

28   _____    $      $ _____

9.     Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

_Collage in Ky_

10.    Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits?   Yes ____   No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

_Lawson vs Vacarville_

_Lawson Vs Soledad_

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

6-27-08                          _James E Lawson_

DATE                             SIGNATURE OF APPLICANT