

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS

PENALTY FOR PRIVATE USE, $300





Par 4·23·04

ames Lawson

CTIONAL TRAINING FACILITY AT SOLEDAD
RETURN TO SENDER NOTIFICATION

REASON ITEM IS BEING RETURNED:

[ ]   OUT TO COURT _____
[ ]   UNAUTHORIZED CORRESPONDENCE
[✓]   PAROLED 4·23·04
[ ]   UNABLE TO LOCATE/NO MATCH
[ ]   Other _____
[ ]   HOBBY

Date: 7/14   By: BP