United States District Court
Northern District of California

FILED
08 AUG 14 PM 2:49
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

James Edward Lawson

vs

D Sallen
Dan Foy
Matt Goughnour
SQ warden
Counselor Malone
Director of Corrections

Case No CV 08 3349 VRW

Requesting the Courts help

I James Lawson Being the plaintiff in this action am Asking the court to lallow this case to go forward and in these Exhibit I will show the herassment I am receiveing in the Grievance procedure here at SQ

Exhibit A is An 602 Inmate appeal to get A Certificate of Funds signed for this Case
   it is written to the Appeals Coordinator Becouse the Counselor and Trust office and warden had filed to responed in over 60 days  and Ricardo Flores Brau CCII Answer to this was to say send it Back to the Counselor's also with this case is An Exhibit from the trust office saying the Counselor received this infomation Back in June and An Exhibit from the Counselor saying the infomation on this Issues was forward to the Inmate appeal Coordinator

1 of 3

Exhibit B is An Inmate Request for Information that was sent to Records
They didn't Answer it instead scribble out Records and sent it Back un signed

Exhibit C
Is An 602 written on The whole run around that I am get as I tryed to seek Administrative - Remedies

Exhibit D is An 602 oN the Desk office not signing legal mail and it was sent to the west Block Sergeant written at the top of the 602 But was screened out saying it needed to be sent to the west Black Sergeant See the run around and herassment in the appeal procedure here at SQ

Exhibit E is An 602 written on the Counselor Not Answering 602 and there Answer is to send it Back to the Counselor

Exhibit F is An 602 on C/O not givening Inmate form and They pay stupid Here Because they Know what

2 of 3

forms there is only about five form. pass out to inmate But I said Rights to Appeal that mean 602 the Date is also on the 602 for when it occured. So what is. Vague about it

All this will show the court that we are being given the run around with Administrative Remedies along with being herassed this is only A few 602 That I have written and Before this is over you will see many addtemps to Exhaustion Administrative Remedies to NO Avell.

I prey the Courts will see that I can't make SQ State prison sign A trust sheet Nor Answer Inmate Appeals and I Ask that this go forward with and order from the Courts to order SQSP to given up the Information the Court is needing to go forward in this case

I declare under ~~perjury~~ Penalty of perjury that this Information I offer throughout this Request is ture and correct

August 11 2008                    James E Lawson

                                  *James E Lawson* (signature)



State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

Exhibit A

RE: Screening at the FIRST Level

August 7, 2008

*LAWSON, T77697*
*2W72*

Log Number: CSQ-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have not included evidence of an attempt to resolve the problem at the Informal Level. The Informal Level of Review is waived for appeals of classification actions; serious disciplinaries; CSR actions; departmental regulations, policies or operational procedures; staff complaints; and exceptional circumstances as defined in CCR 3084.7. Obtain an informal response by sending your appeal directly to:*

*CORRECTIONAL COUNSELOR II- GRAY. THIS IS IN RESPONSE TO APPEAL RECEIVED 7/21/08 REGARDING COMPLETING ATTACHED FORM.*

RICARDO FLORES BRAU
Correctional Counselor II

Appeals Coordinator
San Quentin State Prison

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

*Appeals Coordinator*

| | Location: | Institution/Parole Region | Log No. | Category |
|---|---|---|---|---|
| **INMATE/PAROLEE APPEAL FORM** CDC 602 (12/87) | | 1. _____ 2. _____ | 1. _____ 2. _____ | 2 |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| James Lawson | T-77697 | | 2W72 |

A. Describe Problem: I have Been waiting 60 days for my Counslor to fill out this form

If you need more space, attach one additional sheet.

B. Action Requested: I need this filed out ASAP NOW

Inmate/Parolee Signature: *Jms E Lawson*    JUL 2 1 REC'D    Date Submitted: 7-15-08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____    Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____    Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim    CDC Appeal Number: _____

1
2                                                    Case Number: _____
3
4
5
6
7
8
9                              **CERTIFICATE OF FUNDS**
10                                         **IN**
11                              **PRISONER'S ACCOUNT**
12
13        I certify that attached hereto is a true and correct copy of the prisoner's trust account
14   statement showing transactions of _____ for the last six months
15   at
16                                      [prisoner name]
17   _____ where (s)he is confined.
18          [name of institution]
19        I further certify that the average deposits each month to this prisoner's account for the
20   most recent 6-month period were $ _____ and the average balance in the prisoner's
21   account each month for the most recent 6-month period was $_____.
22
23   Dated:_____           _____
24                                   [Authorized officer of the institution]
25
26
27
28

- 5 -

Exhibit B

| STATE OF CALIFORNIA<br>GA-22 (9/92) | INMATE REQUEST FOR INTERVIEW | DEPARTMENT OF CORRECTIONS |
|---|---|---|

| DATE | TO | FROM (LAST NAME) James Lavson | CDC NUMBER T-77697 |
|---|---|---|---|
| 7-27-08 | Records | | |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB HOURS FROM / TO |
|---|---|---|---|
| 2W | 72 | RC | |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS FROM / TO |
|---|---|

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I need coples of all parole reports and condishtion of parole for my 1983 complaint very soon Please send me A trust withdrow sheet so I can get the coples

Do NOT write below this line. If more space is required, write on back.

INTERVIEWED BY | DATE

DISPOSITION

**State of California**
**CDC FORM 695**
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

*Exhibit C*

RE: Screening at the FIRST Level

*August 5, 2008*

LAWSON, T77697
2W72 L

Log Number: CSQ-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have not included evidence of an attempt to resolve the problem at the Informal Level. The Informal Level of Review is waived for appeals of classification actions; serious disciplinaries; CSR actions; departmental regulations, policies or operational procedures; staff complaints; and exceptional circumstances as defined in CCR 3084.7. Obtain an informal response by sending your appeal directly to:*

**UNIT SERGEANT. THIS IS IN RESPONSE TO APPEAL RECEIVED 7/16/08 REGARDING PROCESSING OF APPEALS.**

Appeals Coordinator
San Quentin State Prison

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

*Appeals Coordinator* (handwritten across top)

# INMATE/PAROLEE APPEAL FORM
CDC 602 (12/87)

Location: Institution/Parole Region  1. _____ 2. _____
Log No. 1. _____ 2. _____
Category: **10**

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: James E Lawson
NUMBER: T-77697
ASSIGNMENT: 
UNIT/ROOM NUMBER: 2W72

A. Describe Problem: I got these 602 Back from the Inmate Appeals Branch Saying That the Institution and parole are available to assist me But The parole region AA II Matt Goughnour who this is written on has Not Answered 602 in 3 months and My Councelor here at SQ has Not Answered Any 602 in over 50 day and I have not Been Able to the library in 6 week Because of A 15 person limit out of 500 all of these issue have all Been 602 and setting on the warden & councelor Desk and I have A writ in to the courts Asking for A order to make them Answer them Please Answer & Log these

If you need more space, attach one additional sheet.

B. Action Requested: I am Asking that All my 602 be Answered personally so that I can forward them to the courts in my 1983 claim it shouldn't take 2 Months to get An INFormal Response and I should not have to write five Different people

Inmate/Parolee Signature: James E Lawson    JUL 16 REC'D    Date Submitted: 7-10-08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____   Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____   Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim
CDC Appeal Number: _____

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

Exhibit D

RE: Screening at the FIRST Level

August 8, 2008

*LAWSON, T77697*
*2W72*

Log Number: CSQ-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have not included evidence of an attempt to resolve the problem at the Informal Level. The Informal Level of Review is waived for appeals of classification actions; serious disciplinaries; CSR actions; departmental regulations, policies or operational procedures; staff complaints; and exceptional circumstances as defined in CCR 3084.7. Obtain an informal response by sending your appeal directly to:*

UNIT SERGEANT. THIS IS IN RESPONSE TO APPEAL RECEIVED 7/29/08 REGARDING ACCESS TO COURTS.

Appeals Coordinator
San Quentin State Prison

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

*West Block 3er*

| STATE OF CALIFORNIA | | | DEPARTMENT OF CORRECTIONS |
|---|---|---|---|
| **INMATE/PAROLEE APPEAL FORM** CDC 602 (12/87) | Location: Institution/Parole Region 1. ___  2. ___ | Log No. 1. ___  2. ___ | Category 9 10 |

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| James E Lawson | T-77697 | | 2W72 |

**A. Describe Problem:** On 7-25-08 on 3rd whatch the S/o working the Desk would not sign my Legal mail first he told me that A 602 was not legal and I had to argue with him that A 602 is A part of the appeals process and one written on A parole agent to the Parole Region is Legalmail and after he realized I was right he told me that its Friday and he is not taken any legal mail since when is there A time limets on legal mail None of this is in the DOM or Title 15    US mail runs until 12:00 pm on saturdays Just B/c mail Don't come into Inmate on saturday Dose not mean it dosen't go out

If you need more space, attach one additional sheet.

**B. Action Requested:** Stop manepulateing the Rules and propowly slowing Down Inmate access to the Courts

Inmate/Parolee Signature: *James E Lawson*   JUL 2 9 REC'D   Date Submitted: 7-25-08

**C. INFORMAL LEVEL** (Date Received: _____)

Staff Response: _____

Staff Signature: _____   Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____   Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim
CDC Appeal Number:

State of California
CDC FORM 695
Screening For:
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

*Exhibit E*

RE: Screening at the FIRST Level

August 7, 2008

*LAWSON, T77697*
*2W72*

Log Number: CSQ-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

*You have not included evidence of an attempt to resolve the problem at the Informal Level. The Informal Level of Review is waived for appeals of classification actions; serious disciplinaries; CSR actions; departmental regulations, policies or operational procedures; staff complaints; and exceptional circumstances as defined in CCR 3084.7. Obtain an informal response by sending your appeal directly to:*

**CORRECTIONAL COUNSELOR II- HUDGINS. THIS IS IN RESPONSE TO APPEAL RECEIVED 7/31/08 REGARDING OLSEN REVIEW.**

RICARDO FLORES
Appeals Coordinator / Correctional Counselor II
San Quentin State Prison

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

*Appeals Coordinator* ui

**STATE OF CALIFORNIA**              **DEPARTMENT OF CORRECTIONS**

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region    Log No.    Category **2**

1. _____    1. _____

2. _____    2. _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: James E Lawson    NUMBER: T-77697    ASSIGNMENT: _____    UNIT/ROOM NUMBER: 2 W 72

**A. Describe Problem:** My Counclor has many 602 that he is not Answered in over 45 day I have wrote the warden and CDCR in Sacramento and marin Superior court and Now you the counclor has A trust account sheet that he Needs to sign for A 1983 form I have Been waiting over 50 days on it and also I have requested an oweson review and got No Answer

If you need more space, attach one additional sheet.

**B. Action Requested:** Please help stop the herassment and stop slow Playing my Dew process right sign my 602 give me copies of my file NOW

Inmate/Parolee Signature: *James E Lawson*    JUL 3 1 REC'D    Date Submitted: 7-7-08

**C. INFORMAL LEVEL** (Date Received: _____)

Staff Response: _____

Staff Signature: _____    Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____    Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

Exhibit F

**State of California**
**CDC FORM 695**
**Screening For:**
CDC 602 Inmate/Parolee Appeals
CDC 1824 Reasonable Modification or Accommodation Request

RE: Screening at the FIRST Level

*August 7, 2008*

*LAWSON, T77697*
*2W72*

Log Number: CSQ-4-
(Note: Log numbers are not assigned to screen out appeals, or informal level appeals)

The enclosed documents are being returned to you for the following reasons:

***This appeal constitutes an abuse of the appeal process pursuant to CCR 3084.4. Your appeal cannot be understood or is obscured by pointless verbiage or voluminous unrelated documentation CCR 3084(c).***

***ISSUES STATED ARE VAGUE. WHEN DID EVENT OCCUR? WHAT FORMS ARE YOU REFERRING TO? THIS IS IN RESPONSE TO APPEAL RECEIVED 7/21/08 REGARDING UNPROFESSIONAL STAFF.***

RICARDO FLORES BRAU
Correctional Counselor II
Appeals Coordinator
San Quentin State Prison

**NOTE:** Failure to follow instruction(s) will be viewed as non-cooperation and your appeal will be automatically dismissed pursuant to CCR 3084.4(d). This screening decision may not be appealed. If you believe this screen out is in error, please return this form to the Appeals Coordinator with an explanation of why you believe it to be in error, and supporting documents. You have only 15 days to comply with the above directives.

**PERMANENT APPEAL ATTACHMENT – DO NOT REMOVE**

*Appeals Coordinator*

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region
1. _____
2. _____

Log No.
1. _____
2. _____

Category  9

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME | NUMBER | ASSIGNMENT | UNIT/ROOM NUMBER |
|---|---|---|---|
| James E Lawson | T-77697 | | 2W72 |

A. Describe Problem: 3 or 4 times Now C/O Davis of West Block has told me that there is No forms and the state is Broke I have written the warden about this and got No Answer. this is A Voilation of Title 15 3084.1 Rights to Appeal plus Employee conduct to Inmate.

If you need more space, attach one additional sheet.

B. Action Requested: C/O Davis need to be reperimaned and you need to stop Voilateding Inmate Right and your own Rules

Inmate/Parolee Signature: James E Lawson        JUL 2 1 REC'D        Date Submitted: 7-15-08

C. INFORMAL LEVEL (Date Received: _____ )

Staff Response: _____

Staff Signature: _____   Date Returned to Inmate: _____

D. FORMAL LEVEL
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

_____

Signature: _____   Date Submitted: _____
Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number:










James Lawson T-77604
SQSP
San Quentin Ca 94974

Office of the Clerk
US District Court
Northern District of California
450 Golden Gate Avenue
San Francisco California 94102

VRW
8/11/08