UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

James E Lawson

vs

O Smallen
Dan Foy
Matt Goughour                    Case No CO8-3349 VRW
SQ warden
Counselor Malone                 Responce to Notice
Eureka Parole office             of None Completed
Director of Corrections  /       In Forma Pauperis Application

    I James E Lawson declare, under penalty of perjury that
I am the plaintiff in the above entitled case and that the
information I offer throughout this Responce to Notice is true
and correct.
    I started this complant in May of this year I have sent
the Certificate of Funds in Prisoner's Account to the Trust Account
office here at SQ to Be signed three different times and
Not gotten one Back yet
    please see Inmate Request For Interview
and Note that it was written 6-25-08 after Not getting
A responce in over 50 days  the counselor puts three
different Dates and Now 30 day later I still have not
gotton any thing Back from them
    and as of today I have sent the warden another
Certificate of Funds to Be sign and will forward
any information to the courts As I recieve them

                    1 of 2



I am Asking the Court to order by Subpoena
1) prisoner account for the recent 6-month T-77697 ‹ CDC#
2) All Inmate Appeal written on Informal level to the
   following : A) Counselor malone
              B) Inmate Appeals Coordinator
              C) De owen in Record
              D) Trust office
              E) San Quentin warden
3) also Inmate Appeal written to Region II parole -
   Headquarters in Oakland

     There was also A writ Re Case no SC160110A to
Marin County Superior Court ask for an order for
these Inmate Appeal to be Answered
     But Marin County Superior Court Dismissed saying
I needed to write an Inmate Appeal about my Inmate-
Appeals Not Being Answered

     and with these subpoena I would Ask that the
Courts also note that I will parole on 8-20-08
and I will Be receiving mail at the Ukiai parole office.
798 N state st in Ukiai    Thank you

     8-3-08                      James E Lawson

                    2 of 2

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**

: 3 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Dear Sir or Madam:

Your complaint has been filed as civil case number ___C08 - 3349  VRW___ .

A filing fee of $350.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee, but it will be taken out of income to your prisoner account in installments.

Your complaint is deficient because you did not pay the filing fee and:

1. _____ you did not file an In Forma Pauperis Application.

2. _____ the In Forma Pauperis Application you submitted is insufficient because:

   _____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   _____ Your In Forma Pauperis Application was not completed in its entirety.

   _____ You did not sign your In Forma Pauperis Application.

   ✓ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   _____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ✓ Other _I can't completed and return to you what SQ Dosen't Signed & authorized and return to me_

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE. If you do not respond within THIRTY DAYS from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether installment payment of the filing fee should be allowed.**

**FILED**

: 3 - 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sincerely,
RICHARD W. WIEKING, Clerk,

By_____
Deputy Clerk

LAwson

rev. 11/07

STATE OF CALIFORNIA
GA-22 (9/92)

**INMATE REQUEST FOR INTERVIEW**

DEPARTMENT OF CORRECTIONS

| DATE | TO | FROM (LAST NAME) | CDC NUMBER |
|---|---|---|---|
| 6-25-08 | Counselor | James E Lawson | T-77697 |

| HOUSING | BED NUMBER | WORK ASSIGNMENT | JOB HOURS |
|---|---|---|---|
| 2W72 | | | FROM          TO |

| OTHER ASSIGNMENT (SCHOOL, THERAPY, ETC.) | ASSIGNMENT HOURS |
|---|---|
| | FROM          TO |

**Clearly state your reason for requesting this interview.**
You will be called in for interview in the near future if the matter cannot be handled by correspondence.

I need my 602s Answered and the Trust sheet signed that was sent to you
by the trust office I have been waiting over 50 day for this info along with
and awerson Review and copie of my file/parole reports to file An 1983 you
are violation Dew process right By Not Answering them withIN 15 Days

Do NOT write below this line. If more space is required, write on back.

| INTERVIEWED BY | DATE |
|---|---|
| | JUL 3 0 RECD |

DISPOSITION

Your appeal has been processed to appeals on 7·10·08

sec to the Governor

1
2
3
4
5
6
7
8                    **UNITED STATES DISTRICT COURT**
                    **NORTHERN DISTRICT OF CALIFORNIA**
9
10    James E Lawson
11                              Plaintiff,        CASE NO. C08 - 3349 VRW
12            vs.                                 **PRISONER'S**
      D smallen                                   **APPLICATION TO PROCEED**
13    Dan Fox                                     **IN FORMA PAUPERIS**
      Matt Goringhone
14    SQ warden           Defendant.
      Counselor Malone
15

16          I, James E Lawson , declare, under penalty of perjury that I am the

17    plaintiff in the above entitled case and that the information I offer throughout this application

18    is true and correct. I offer this application in support of my request to proceed without being

19    required to prepay the full amount of fees, costs or give security. I state that because of my

20    poverty I am unable to pay the costs of this action or give security, and that I believe that I am

21    entitled to relief.

22          In support of this application, I provide the following information:

23    1.      Are you presently employed? Yes _____ No ✓

24    If your answer is "yes," state both your gross and net salary or wages per month, and give the

25    name and address of your employer:

26    Gross: _____ Net: _____

27    Employer: _____

28    _____

1   If the answer is "no," state the date of last employment and the amount of the gross and net

2   salary and wages per month which you received.  (If you are imprisoned, specify the last

3   place of employment prior to imprisonment.)

4   _____ unknown    Back in 1999 in Fla_____

5   _____ Iam Imprisoned_____

6   _____

7   2.    Have you received, within the past twelve (12) months, any money from any of the

8   following sources:

9       a.    Business, Profession or                        Yes ___ No ✓

10          self employment

11      b.    Income from stocks, bonds,                   Yes ___ No ✓

12          or royalties?

13      c.    Rent payments?                               Yes ___ No ✓

14      d.    Pensions, annuities, or                      Yes ___ No ✓

15          life insurance payments?

16      e.    Federal or State welfare payments,           Yes ___ No ✓

17          Social Security or other govern-

18          ment source?

19   If the answer is "yes" to any of the above, describe each source of money and state the amount

20   received from each.

21   _____

22   _____

23   3.    Are you married?                                Yes ___ No ✓

24   Spouse's Full Name: _____

25   Spouse's Place of Employment: _____

26   Spouse's Monthly Salary, Wages or Income:

27   Gross $_____    Net $_____

28   4.    a.    List amount you contribute to your spouse's support:$ _____

1        b.     List the persons other than your spouse who are dependent upon you for

2                  support and indicate how much you contribute toward their support. (NOTE:

3                  For minor children, list only their initials and ages. DO NOT INCLUDE

4                  THEIR NAMES.).

5    _____

6    _____

7    5.     Do you own or are you buying a home?      Yes ____ No ✓

8    Estimated Market Value: $_____ Amount of Mortgage: $_____

9    6.     Do you own an automobile?          Yes ____ No ✓

10    Make _____ Year _____ Model _____

11    Is it financed? Yes _____ No _____ If so, Total due: $ _____

12    Monthly Payment: $ _____

13    7.     Do you have a bank account? Yes ____ No ✓ (Do not include account numbers.)

14    Name(s) and address(es) of bank: _____

15    _____

16    Present balance(s): $ _____

17    Do you own any cash? Yes ✓ No ____ Amount: $ 5.47

18    Do you have any other assets? (If "yes," provide a description of each asset and its estimated

19    market value.) Yes ____ No ✓

20    _____

21    8.     What are your monthly expenses?

22    Rent: $ homeless _____ Utilities: _____

23    Food: $ _____ Clothing: _____

24    Charge Accounts:

25    Name of Account        Monthly Payment        Total Owed on This Acct.

26    _____    $ _____    $ _____

27    _____    $ _____    $ _____

28    _____    $ _____    $ _____

1    9.    Do you have any other debts? (List current obligations, indicating amounts and to
2    whom they are payable.  Do not include account numbers.)
3    _for school in Ky college_
4    _____
5    10.    Does the complaint which you are seeking to file raise claims that have been presented
6    in other lawsuits?   Yes ____ No ✓
7    Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8    which they were filed.
9    _James Lawson Vs Vacaville_
10    _____
11        I consent to prison officials withdrawing from my trust account and paying to the court
12    the initial partial filing fee and all installment payments required by the court.
13        I declare under the penalty of perjury that the foregoing is true and correct and
14    understand that a false statement herein may result in the dismissal of my claims.
15
16    _8-4-08_                          _James E Lawson_
17        DATE                           SIGNATURE OF APPLICANT
18
19
20
21
22
23
24
25
26
27
28



**Marin County Superior Court**
CRIMINAL TRAFFIC
P.O. Box 4988
San Rafael, CA 94913-4988

— CONFIDENTIAL MAIL —

This letter was prepared for research into
the process of being researched.
Delivered by: _____
Received by: _____
Date: _____

2W·72L

Mr. James Edward Lawson
CDC # T-77697
San Quentin State Prison
San Quentin, CA 94974

Re: Case no. SC 160110 A

FIRST CLASS

US POSTAGE $01.51°
PITNEY BOWES
JUL 18 2008
MAILED FROM ZIP CODE 94903
02 1A
0004353183



James E Lawson T-77697
SQ s P
San Quentin Ca 94974

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

02 1M
0004248283
MAILED FROM ZIP CODE 94564

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

LEGAL MAIL

8/7/08