IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD LAWSON,          )<br>                    )<br>          Plaintiff(s),      )<br>                    )<br>     vs.                )<br>                    )<br>DAN FOY, et al,            )<br>                    )<br>          Defendant(s).     )<br>_____) | No C 08-3349 VRW (PR)<br><br>ORDER OF DISMISSAL WITH<br>LEAVE TO AMEND |

      Plaintiff, a prisoner at San Quentin State Prison ("SQSP"), filed a pro se complaint under 42 USC § 1983 alleging misconduct by parole officers in the Eureka parole office. He has since filed several requests to add other claims and defendants.

      Good cause appearing, plaintiff's requests are GRANTED and the complaint is DISMISSED with leave to file an amended complaint containing all related claims and defendants plaintiff wishes to bring in this action. The pleading must be simple and concise and must include the caption and civil case number used in this order and the words FIRST AMENDED COMPLAINT on the first page. Failure to file a proper amended complaint within 30 days of this order will result in the dismissal of this action.

Plaintiff is advised that the First Amended Complaint (FAC) will supersede the original complaint and all other pleadings.  Claims and defendants not included in the FAC will not be considered by the court.  See <u>King v Atiyeh</u>, 814 F2d 565, 567 (9th Cir 1987).

SO ORDERED.

_____
VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\CR.08\Lawson, J1.dwlta.wpd