IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD LAWSON,        )<br>                                                      )<br>          Plaintiff(s),               )<br>                                                      )<br>   vs.                                           )<br>                                                      )<br>DAN FOY, et al,                      )<br>                                                      )<br>          Defendant(s).             )<br>_____ ) | No C 08-3349 VRW (PR)<br><br>ORDER OF DISMISSAL |

      Plaintiff, a prisoner at San Quentin State Prison, filed a pro se complaint under 42 USC § 1983 alleging misconduct by parole officers in the Eureka parole office. He subsequently filed requests to add other claims and defendants.

      Per order filed on November 24, 2008, the court dismissed the complaint with leave to file an amended complaint containing all related claims and defendants plaintiff wishes to bring in this action. The court warned plaintiff that failure to file a proper amended complaint within 30 days would result in the dismissal of this action.

      More than 40 days have elapsed; however, plaintiff has not filed an amended complaint or sought an extension of time to do so. The action is DISMISSED. The clerk shall enter judgment in accordance with this order and close the file.

      SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

G:\PRO-SE\VRW\CR.08\Lawson, J1.dismissal.wpd